1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISCTRICT OF WASHINGTON**
**AT TACOMA**

ADRIAN LEWIS CHATEN,

               Plaintiff,

  v.

ELDON VAIL, et al.,

               Defendants.

NO. C09-5615 RJB/KLS

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
TO RESPOND TO COURT'S ORDER
TO SHOW CAUSE

The court, having reviewed Plaintiff's motion for a sixty day extension of time (Dkt. 7) to respond to the court's Order dated October 26, 2009 (Dkt. 6), and balance of the record, does hereby **ORDER:**

1.     Plaintiff's motion for an extension of time (Dkt. 7) is **GRANTED.** Petitioner shall file his response **on or before January 15, 2010.**

2.     The Clerk shall send a copy of this Order to Petitioner.

**DATED** this __23rd__ day of November, 2009.

Karen L. Strombom
United States Magistrate Judge