UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADRIAN LEWIS CHATEN,<br><br>                    Plaintiff,<br><br>    v.<br><br>RON VAN BOENING, et al.,<br><br>                    Defendants. | No. C09-5615 RJB/KLS<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE SERVICE ADDRESS |

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 4.

A review of the docket reflects that the waiver and return of service forms directed to Defendants Ryan Denzer, Michael Hines, Michael A. Flemmings, Daniel Fitzpatrick, George Gilbert, and Ron Van Boening have been returned by the U.S. Marshal executed and marked "not at provided address." Dkst. 12, 13, 14, 15, 16, and 17.

The Court is not aware of any other addresses for Defendants Ryan Denzer, Michael Hines, Michael A. Flemmings, Daniel Fitzpatrick, George Gilbert, and Ron Van Boening.

ORDER - 1

Therefore, another attempt to complete service on them cannot be made. Because service cannot be effected, personal jurisdiction over Defendants Ryan Denzer, Michael Hines, Michael A. Flemmings, Daniel Fitzpatrick, George Gilbert, and Ron Van Boening does not currently exist in this case and the Court has no authority over them at this time. However, if Plaintiff provides the Court with current addresses for Defendants Ryan Denzer, Michael Hines, Michael A. Flemmings, Daniel Fitzpatrick, George Gilbert, and Ron Van Boening, along with properly completed summons and copies of the complaint, the court will direct the United States Marshal to once more attempt service.

The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants. The Clerk also is directed to send to Plaintiff copies of the return of service forms received for Defendants Ryan Denzer, Michael Hines, Michael A. Flemmings, Daniel Fitzpatrick, George Gilbert, and Ron Van Boening (Dkts. 12, 13, 14, 15, 16 and 17), along with additional summons and marshal forms.

**DATED** this  8th  day of March, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2