UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADRIAN LEWIS CHATEN,

                    Plaintiff,

   v.

RON VAN BOENING, et al.,

                    Defendants.

No. C09-5615 RJB/KLS

ORDER TO SHOW CAUSE

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 4. On February 2, 2010, the court directed service of Plaintiff's First Amended Complaint. Dkt. 10. The waiver and return of service forms directed to Defendants Ryan Denzer, Michael Hines, Michael A. Flemming, Daniel Fitzpatrick, George Gilbert, and Ron Van Boening were all returned by the U.S. Marshal unexecuted and marked "not at provided address." Dkst. 12, 13, 14, 15, 16, and 17. On March 8, 2010, the court advised Plaintiff that before another attempt to complete service on these defendants could be made, he

ORDER - 1

must provide current addresses. Dkt. 18. Plaintiff was provided with additional summonses and marshal forms for that purpose. *Id.*, p. 2.

To date, Plaintiff has not provided current addresses for Defendants Ryan Denzer, Michael Hines, Michael A. Flemming, Daniel Fitzpatrick, George Gilbert, and Ron Van Boening. Accordingly, personal jurisdiction over these defendants does not exist and the court has no authority over them.

Accordingly, it is **ORDERED**:

(1) Plaintiff shall show cause why he has not complied with the court's Order of March 8, 2010. He must provide the necessary addresses and forms or a sufficient explanation for his failure to do so **on or before April 16, 2010. Otherwise, the court shall recommend dismissal of this action for failure to prosecute.**

(2) The Clerk shall send copies of this Order to Plaintiff.

**DATED** this 2nd day of April, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2