1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

| ADRIAN LEWIS CHATEN, | NO. C09-5615 RJB/KLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER TO SHOW CAUSE |
| ELDON VAIL, et al., | |
| Defendants. | |

On April 2, 2010, Plaintiff was ordered to provide the necessary addresses and marshal forms for the named defendants or an explanation of his failure to do so on or before April 16, 2010. Dkt. 22. On April 13, 2010, Plaintiff filed a Motion for Extension of Time, in which he requests an extension of 30 days "to prepare and/or complete his Motion for Discretionary Review, pursuant to RAP 13.4." Dkt. 24. It is unclear why Plaintiff has filed this motion in this court, however, the court is willing to interpret the motion as a request for an extension of the time within which Plaintiff must respond to the Court's Order to Show Cause (Dkt. 22).

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for an extension of time (Dkt. 24) is **GRANTED.** Petitioner shall file provide the necessary addresses and completed marshal forms for Defendants

1 | Denzer, Hines, Flemming, Fitzpatrick, Gilbert and Van Boening **on or before May 28, 2010.**

**Otherwise, the court will recommend dismissal of this action for failure to prosecute.**

2. The Clerk shall send a copy of this Order to Plaintiff.

**DATED** this  23rd  day of April, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge