UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADRIAN LEWIS CHATEN,

                Plaintiff,

v.

RON VAN BOENING, DANIEL FITZPATRICK, MIKE HINES, MICHAEL A. FLEMMING, RYAN T. DENZER, and GEORGE GILBERT,

                Defendants.

No. C09-5615 RJB

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court on Report and Recommendation of Magistrate Judge Karen L. Strombom. Dkt. 62. The Magistrate Judge recommends that Plaintiff's motion for summary judgment should be denied and Defendants' motions to strike and for summary judgment should be granted. *Id*. The Plaintiff has not filed objections to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's Motion for Summary Judgment (Dkt. 51) is **DENIED**; Defendants' Motions to Strike (Dkt. 60) and for Summary Judgment (Dkt. 56) are **GRANTED**; all claims against Defendants are **DISMISSED WITH PREJUDICE**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 21st day of November, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2