# United States District Court

WESTERN DISTRICT OF WASHINGTON

ADRIAN LEWIS CHATEN

JUDGMENT IN A CIVIL CASE

v.

RON VAN BOENING, et al

CASE NUMBER: C09-5615RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation.

Plaintiff's Motion for Summary Judgment (dkt. #51) is **DENIED**; Defendants' Motions to Strike (Dkt. 60) and for Summary Judgment (Dkt. 56) are **GRANTED**; all claims against Defendants are **DISMISSED WITH PREJUDICE.**

| November 22, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk